UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GENE VINCENT WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV200 FRB |
| | ) | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon review of the Court file, plaintiff has failed to comply with the Court's order dated February 25, 2009. Rule 41(b) of the Federal Rules of Civil Procedure permits the Court to dismiss a case for failure to prosecute or to comply with a Court order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated this 31st day of March, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE